IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL L. HINDMAN                                     PLAINTIFF

v.                      Case No. 3:10-cv-03092

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 9) dated January 18, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 11).

Plaintiff objects to the Magistrate's finding that the record in this case was adequately developed. After reviewing the record, the Court finds the Magistrate's reasoning on this point to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings. The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 21st day of February, 2012.

*s/P. K. Holmes,* III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE